# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

TRINKA DEMIKA DANIELS

Case Number: 6:06-Cr-174-Orl-31KRS

USM Number: 26499-018

H. Kyle Fletcher
3743 Savannah Loop
Oviedo, FL 32765

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, 5, 6, 7, 8, and 9 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct: Retail Theft | November 22, 2008 |
| 2 | Failure to work regularly at a lawful occupation | December 10, 2008 |
| 3 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by law enforcement | December 10, 2008 |
| 4 | Failure to make restitution | December 10, 2008 |
| 5 | Failure to pay the Special Assessment | December 10, 2008 |
| 6 | Failure to participate in Mental Health Counseling | November 30, 2008 |
| 7 | Failure to complete Community Service | December 10, 2008 |
| 8 | New Criminal Conduct: Petit Theft | April 11, 2009 |
| 9 | New Criminal Conduct: False Name to Law Enforcement Officer | April 11, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions 10, 11, and 12 and is discharged as to such violation conditions.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

6/15/2009

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE
June 15 ,2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**. This term shall be consecutive to any State Court term imposed.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal